USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025



**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK A. BENAVIDES**
Assistant Corporation Counsel
mbenavid@law.nyc.gov
Phone: (212) 356-4369
Fax: (212) 788-9776

May 19, 2025

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Beaman v. Parks, et al., 24 Civ. 10071 (MKV)

Your Honor:

I am the attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced matter. In reviewing Your Honor's Order (ECF No. 17) directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute, I learned that Defendants' time to respond to the Complaint had expired on May 16, 2025. In checking my records, I discovered that I mistakenly had calendared Defendants' response for May 26, 2025 and, accordingly, missed the correct response date. I apologize for this error.

Please be advised that if the case should proceed, Defendants intend to move to dismiss the Complaint on the ground that Plaintiff failed to exhaust his administrative remedies, and would submit a pre-motion letter consistent with Your Honors' Individual Practices.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/MarkBenavides

Mark A. Benavides
Assistant Corporation Counsel

cc: Plaintiff (via ECF)

---

**The Court issued an Order To Show Cause [ECF No. 17] due to Defendants failure to timely response to the Complaint and Plaintiff's failure to prosecute this action. Since then Defendants have filed a letter advising the Court that they inadvertently missed the deadline to respond to the Complaint and intend to move to dismiss. Accordingly, Plaintiff, proceeding *pro se*, does not need to respond to the Court's Order to Show Cause and Defendants are directed to respond to the Complaint on or before June 4, 2025.**

**SO ORDERED.**

Date: 5/21/2025
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge