Case 1:24-cv-10071-MKV   Document 28   Filed 08/18/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELTON BEAMAN,

               Plaintiff,

-against-

COMMISSIONER HUMAN RESOURCES ADMISTRATION MOLLY PARKS ("HRA") (In her official capacity), ABDUL BAMBA, Supervisory, TEREAS DUARTE, (CaseWorker) (in her personal and official capacities), et al.,

               Defendants.

24-cv-10071-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, proceeding *pro se*, initiated this action and filed a complaint on January 14, 2025. [ECF No. 7]. With leave of the Court, [ECF No. 22], Defendants filed a motion to dismiss, [ECF No. 25], and Plaintiff was Ordered to file any opposition to Defendants' motion on or before August 14, 2025. As of the date of this Order, Plaintiff has not filed an opposition and has taken no further action to prosecute this case.

    Accordingly, IT IS HEREBY ORDERED that, **by September 22, 2025** Plaintiff shall file any opposition to Defendants' motion to dismiss. If Plaintiff does not file an opposition on or before that date, he is on notice that **Defendants' motion may be treated as unopposed,** and his case may be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. **Failure to comply with the Court's Orders, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including dismissal.**

**SO ORDERED.**

**Date: August 18, 2025**
**New York, NY**

                                        _____
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**