USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                Plaintiff,

-against-

COMMISSIONER HUMAN RESOURCES ADMISTRATION MOLLY PARKS ("HRA") (In her official capacity), ABDUL BAMBA, Supervisory, TEREAS DUARTE, (CaseWorker) (in her personal and official capacities), et al.,

                Defendants.

24-cv-10071-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, proceeding *pro se*, initiated this action and filed a complaint on January 14, 2025. [ECF No. 7]. With leave of the Court, [ECF No. 22], Defendants filed a motion to dismiss, [ECF No. 25], and Plaintiff was Ordered to file any opposition to Defendants' motion on or before August 14, 2025. No opposition was filed. Thereafter, the Court issued an Order directing Plaintiff to file any opposition to Defendants' motion to dismiss on or before September 22, 2025 and cautioning Plaintiff that if he fails to do so **Defendants' motion may be treated as unopposed.** [ECF No. 28]. As of the date of this Order, no opposition has been filed. Given Plaintiff's *pro se* status, the Court will grant **one additional extension** for Plaintiff to file an opposition. Accordingly, IT IS HEREBY ORDERED that on or before **October 28, 2025** Plaintiff shall file any opposition to Defendants' motion to dismiss. If Plaintiff does not file an opposition on or before that date **the Court will treat Defendants' motion as unopposed**.

**SO ORDERED.**

Date: **September 23, 2025**
      New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**